JS-6



FILED
CLERK, U.S. DISTRICT COURT

MAY 23, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. EDCV18-334-VAP (KKx) |
|---|---|
| Plaintiff, | **[PROPOSED]** CONSENT JUDGMENT OF FORFEITURE |
| v. | |
| $32,642.00 IN U.S. CURRENCY, | |
| Defendant. | |

Plaintiff and potential Claimant Chris Bassam Issi ("Claimant") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety. The defendant currency was seized from Claimant, and he asserts an interest in the defendant currency but has not filed a claim in this case and has not answered the complaint. Notice was given and published in accordance with law. No claims or answers were filed, and the time for filing claims and answers has expired.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES**:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant, from whom the defendant was seized, has not filed a claim or an

answer to contest the forfeiture of the defendant currency, no other claims or answers were filed, and the time for filing claims and answers has expired.  This Court has jurisdiction over the parties to this judgment and the defendant currency.  Any potential claimants to the defendant currency other than Claimant are deemed to have admitted the allegations of the complaint.  Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant Chris Bassam Issi, nor can this consent judgment admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the defendant currency.

2. The entirety of the defendant currency shall be and hereby is forfeited to the United States, and no other right, title or interest shall exist therein.  The Government shall dispose of defendant according to law.

3. The court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action.  This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

4. Each of the parties shall bear its own fees and costs in connection with the seizure of the defendant currency and this action.

DATED: May 23, 2018

_____
THE HONORABLE VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE

Prepared by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/*Michael R. Sew Hoy*
MICHAEL R. SEW HOY

Assistant United States Attorney
Asset Forfeiture Section